IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUSAN M., substitute party for Meaghan M. (deceased),[1] | Case No. 1:22-cv-00916-HL |
| Plaintiff, | |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |
| Defendant. | |

_____

Plaintiff, Meaghan M., brought this action for review of the Commissioner's final decision to deny her applications for disability benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 401-34, 1381a, 1382c. ECF No. 1. The Court reversed the Commissioner's decision and remanded this matter for further proceedings. ECF Nos. 19, 20.

Plaintiff now seeks an award of attorney fees under 42 U.S.C. § 406(b) following the Commissioner's award of benefits through the remand proceedings. ECF Nos. 27, 28. The Court finds that the fees requested are reasonable.

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) - 1

Plaintiff's motion for attorney fees (ECF Nos. 27, 28) is granted. Plaintiff's counsel is awarded $8,014.87 in attorney fees under 42 U.S.C. § 406(b). Defendant is directed to pay this amount to Plaintiff's attorney, Laurie B. Mapes, less any applicable processing or user fees prescribed by statute.

IT IS SO ORDERED.

DATED this 26th day of November, 2025.

/s/ ANDREW HALLMAN
ANDREW HALLMAN
United States Magistrate Judge

SUBMITTED BY:

/s/ Laurie B. Mapes
Laurie B. Mapes
OSB #841670
(503) 312-3141
Attorney for Plaintiff